UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| --- | --- | --- |
| | ) | |
| TANYA C. HOLT, | ) | Case No. 03 B 73946 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

JAMES E. STEVENS, Trustee, pursuant to 11 U.S.A. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property to the Clerk of the Bankruptcy Court:

| CHECK NO. | CLAIMANT | DISTRIBUTION AMOUNT |
| --- | --- | --- |
| 103 | Sears Roebuck | $460.96 |
| 107 | Sears Roebuck | $14.83 |
| TOTAL TO CLERK | CHECK NO. 111 | $475.79 |

Respectfully submitted,

_____
James E. Stevens, Trustee

JAMES E. STEVENS
BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA
6833 STALTER DRIVE
ROCKFORD, IL 61108
815-962-6611